IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVE FORD, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § § | Civil Action No. 8:23-cv-02156-DLB |
| GENESIS FINANCIAL SOLUTIONS, INC. and SPRING OAKS CAPITAL SPV, LLC, | § § § | Hon. Deborah L. Boardman |
| *Defendants.* | § § | |

## DEFENDANTS' MOTION TO DIMISS AND COMPEL ARBITRATION OR, ATERNATIVELY, STAY PROCEEDINGS

Genesis Financial Solutions, Inc. ("Genesis") and Spring Oaks Capital SPV, LLC ("SOC SPV") (collectively "Defendants"), pursuant to Fed. R. Civ. P. 12(b)(6) and the Federal Arbitration Act, file this Motion to Dismiss and Compel Arbitration or, Alternatively, to Stay Proceedings (the "Motion"), and respectfully state:

The Plaintiff's Complaint alleges that Genesis "marketed, originated, serviced, and collected on … credit card loan products" without a required license to do so under Maryland law. (Compl. ¶ 34.)  The Complaint further alleges that "Genesis is a loan broker and *de facto* lender; it is not a servicer."  (Compl. ¶ 39.) Based on these and other allegations, the Complaint alleges Genesis violated several provisions of the Maryland Credit Service Business Act (the "MCSBA") and the Maryland Consumer Loan Law, Md. Code Ann. Com. Law §§12-301 *et seq.* (the "MCLL"). (Compl. ¶¶ 6-21.) Plaintiff's Complaint seeks Declaratory Relief that all loans originated by Genesis through a third-party financial institution, such as the credit loan issued to Plaintiff, are void and unenforceable. (Compl. ¶ 148.)  For relief, the Complaint seeks the return

of all payments made by Class Members to Genesis within the past twelve years. (Compl. ¶ 25.) Of course, if the credit loan is "void," the current owner of the loan and account, SOC SPV (Compl. ¶ 125), would be unable to collect the amounts owed from Plaintiff.

As set forth more fully in the Memorandum in Support of this Motion filed contemporaneously herein, Defendants, who are assignees of the original creditor, assert that Plaintiff is obligated to pursue any and all claims, on an individual basis, in arbitration because the applicable credit card agreement between Plaintiff and the original creditor (the "Credit Agreement") contains a broad arbitration provision that compels Plaintiff to arbitrate any claims related to the account. Plaintiff's alleged claims are clearly encompassed by the broad Arbitration Provision contained in the Credit Agreement. Further, under the Credit Agreement, Plaintiff also expressly agreed to address any issues relating to his account in small claims court or at arbitration on an individual, as opposed to a class-wide, basis.

Accordingly, the Court should grant the Motion and compel arbitration, dismiss the lawsuit, or alternatively stay this action and dismiss any and all class action claims, and grant such other or further relief as is appropriate.

Dated: August 30, 2023     Respectfully submitted,

         By: */s/ Cynthia L. Maskol*
         Cynthia L. Maskol, Esq. (Bar No. 25390)
         Cynthia.Maskol@wilsonelser.com
         Wilson Elser Moskowitz Edelman Dicker LLP
         250 W. Pratt Street, Suite 2200
         Baltimore, Maryland 21201
         Phone: 410-539-1800
         Fax: 410-962-8758

         and

         Ryan K. McComber (*pro hac vice* to be submitted)
         Texas Bar No. 24041428
         ryan.mccomber@figdav.com
         Timothy A. Daniels (*pro hac vice* to be submitted)
         Texas Bar No. 05375190
         tim.daniels@figdav.com
         **FIGARI + DAVENPORT, LLP**
         901 Main Street, Suite 3400
         Dallas, Texas 75202
         (214) 939-2000
         (214) 939-2090 – fax

         ATTORNEYS FOR DEFENDANTS
         GENESIS FS CARD SERVICES, INC. and
         SPRING OAKS CAPITAL SPV, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

         */s/ Cynthia L. Maskol*
         Cynthia L. Maskol, Esq.