IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEVE FORD, individually and on behalf of all others similarly situated, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 8:23-cv-02156-DLB |
| GENESIS FINANCIAL SOLUTIONS, INC. and SPRING OAKS CAPITAL SPV, LLC, | § § § § | Hon. Deborah L. Boardman |
| *Defendants.* | § § | |

**NOTICE OF APPEAL**

Notice is hereby given that Defendants Genesis Financial Solutions, Inc. ("Genesis") and Spring Oaks Capital SPV, LLC ("Spring Oaks"), (collectively, "Defendants"), hereby appeal to the United States Court of Appeals for the Fourth Circuit. Defendants appeal from this Court's March 28, 2024, Memorandum Opinion (ECF 23) and March 28, 2024, Order denying Defendants' Motion to Dismiss and Compel Arbitration (ECF 24).

Dated: April 11, 2024                    Respectfully submitted,

By:  */s/Cynthia Maskol*
Cynthia L. Maskol, Esq. (Bar No. 25390)
Cynthia.Maskol@wilsonelser.com
Wilson Elser Moskowitz Edelman Dicker LLP
250 W. Pratt Street, Suite 2200
Baltimore, Maryland 21201
Phone: 410-539-1800
Fax: 410-962-8758

And

*/s/ Ryan K. McComber*

Ryan K. McComber *(Pro Hac Vice to Be Filed)*
Texas Bar No. 24041428
ryan.mccomber@figdav.com
Timothy A. Daniels *(Pro Hac Vice to Be Filed)*
Texas Bar No. 05375190
tim.daniels@figdav.com
**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 – fax

ATTORNEYS FOR DEFENDANT
GENESIS FS CARD SERVICES, INC.


By:  */s/ John K. Rossman*
John K. Rossman  *(Admitted Pro Hac Vice)*
john.rossman@rossmanattorneygroup.com
Rossman Attorney Group, PLLC
PO Box 24140
Edina, MN 55424
952-201-1507-Phone

ATTORNEYS FOR DEFENDANT
SPRING OAKS CAPITAL, SPV, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

:  */s/Cynthia Maskol*

Cynthia L. Maskol