FILED: May 30, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1341
(8:23-cv-02156-DLB)

_____

STEVE FORD, individually and on behalf of all others similarly situated

      Plaintiff - Appellee

v.

GENESIS FINANCIAL SOLUTIONS, INC.; SPRING OAKS CAPITAL SPV, LLC

      Defendants - Appellants

------------------------------

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; AMERICAN FINANCIAL SERVICES ASSOCIATION

      Amici Supporting Appellants

PUBLIC JUSTICE

      Amicus Supporting Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK