FILED: June 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1341
(8:23-cv-02156-DLB)

_____

STEVE FORD, individually and on behalf of all others similarly situated

  Plaintiff - Appellee

v.

GENESIS FINANCIAL SOLUTIONS, INC.; SPRING OAKS CAPITAL SPV, LLC

  Defendants - Appellants

-------------------------------

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; AMERICAN FINANCIAL SERVICES ASSOCIATION

  Amici Supporting Appellants

PUBLIC JUSTICE

  Amicus Supporting Appellee

_____

M A N D A T E

_____

The judgment of this court, entered May 30, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*