**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | |
|---|---|
| STEVE FORD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GENESIS FINANCIAL SOLUTIONS, INC., et al.<br>Defendants. | Case No. 8:23-cv-02156-DLB<br><br>Hon. Deborah L. Boardman |

**Joint Motion for Preliminary Approval of**
**Class Action Settlement, and for Approval of the**
**Form, Manner and Administration of Notice**

Plaintiff, Steve Ford ("Representative Plaintiff"), and Defendant Genesis Financial Solutions, Inc. ("Genesis"), jointly and respectfully move for preliminary approval of a proposed class action settlement pursuant to Fed. R. Civ. P. 23(e)(1).

The Settlement Agreement ("Agreement") is attached as **Exhibit A**. The proposed notices for class members about the settlement are attached as **Exhibits D** (Email Notice), **Exhibit E** (Postcard Notice) and **Exhibit F** (Long-Form Notice).

As more fully set forth in the Representative Plaintiff's attached memorandum of law, notice to class members about the proposed settlement is warranted, because the Court "will likely be able to: (i) approve the proposal under Rule 23(e)(2); and (ii) certify the class for purposes of judgment on the proposal." Fed. R. Civ. P. 23(e)(1).

As reflected in the attached proposed Order Preliminarily Approving Settlement, Certifying Class for Settlement Purposes, Appointing Class Counsel and Settlement Administrator, and Setting Schedule with Respect to Notice, Settlement Hearing and Administration (the "Order"), which is attached to the Agreement as **Exhibit 1**, the parties propose the following timetable:

| | |
|---|---|
| **Within five (5) business days after entry of the Order** | Genesis to deposit Settlement Payment Fund and $100,000 for Administrative Costs |

| | |
|---|---|
| **Within fifteen (15) calendar days after entry of the Order** | Genesis to provide Settlement Administrator the Class List |
| **Within thirty (30) calendar days after entry of the Order** | Settlement Administrator to send out notice to Class and publish Settlement Website |
| **Within forty-five (45) calendar days from the Notice Date** | Deadline for any member of the Settlement Class to file claim, to mail Request for Exclusion, or file and serve any objection to the settlement |
| **At least thirty (30) calendar days before the Final Approval Hearing** | Deadline to file memoranda in support of the settlement, an award of attorneys' fees and costs and an incentive payment to the Representative Plaintiff |
| **As set by the Court, but at least one hundred fifteen (115) calendar days after entry of the Order** | Final Approval Hearing |

WHEREFORE, the parties jointly and respectfully request that the Court (1) preliminarily approve the proposed settlement, (2) preliminarily certify the Settlement Class for settlement purposes only, (3) appoint the undersigned attorneys for Representative Plaintiff as Class Counsel, (4) approve the form of and direct notice to the Settlement Class, and (5) grant such further relief as justice demands. A comprehensive proposed Order is attached.

Respectfully submitted,

**(signatures on following page)**

/s/ Jacquelyn E. Fradette (signed, with permission, by Ben Carney)
Jacquelyn E. Fradette (Fed. Bar No. 20884)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel. (202) 736-8822
Fax. (202) 736-8711

*Attorney for Genesis*

/s/ Benjamin H. Carney
Benjamin H. Carney (Fed. Bar No. 27984)
bcarney@GWCfirm.com
Richard S. Gordon (Fed. Bar No. 06882)
rgordon@GWCfirm.com
GORDON, WOLF & CARNEY, Chtd.
11350 McCormick Rd.
Executive Plaza 1, Suite 1000
Hunt Valley, MD 21031
Tel. (410) 825-2300
Fax. (410) 825-0066

*Attorneys for Plaintiff*