**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | |
|---|---|
| STEVE FORD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GENESIS FINANCIAL SOLUTIONS, INC., et al.<br>Defendants. | Case No. 8:23-cv-02156-DLB<br><br>Hon. Deborah L. Boardman |

## Motion for Final Approval of Class Action Settlement

Representative Plaintiff Steve Ford, acting individually and on behalf of a Settlement Class of similarly situated persons, respectfully moves for final Court approval of the class-wide settlement which the Court preliminarily approved in this case pursuant to Fed. R. Civ. P. 23(e)(1) on April 14, 2026. *See* ECF 48, Preliminary Approval Order. The Preliminary Approval Order granted preliminary certification of a settlement class defined as follows:

> All Maryland residents who obtained credit in the amount of $25,000 or less, who made at least one purchase or took at least one cash advance, and who made at least one payment, where the credit application was submitted from Maryland, and where Genesis owns, through agreements with a third party bank, the exclusive right to collect all payments of principal, interest and fees on the loan.

ECF 48 at ¶3; ECF 47-2, Settlement Agreement ¶ 20(a) (the "Settlement Class"). Excluded from the class are all persons whose claims are barred by the applicable statute of limitations, all employees or representatives of Defendants, and all Court personnel. *Id.*

Now, pursuant to Fed. R. Civ. P. 23(e)(2) and in advance of the final fairness hearing scheduled for October 20, 2026, Representative Plaintiff submits this motion in support of final approval of the Settlement Agreement (ECF 47-2), as the proposed settlement is fair, adequate and reasonable to Settlement Class members, and the class certification requirements of Fed. R. Civ. P. 23 are satisfied. Further grounds and

authorities for this motion are in the accompanying memorandum of law and exhibits, which are incorporated.

WHEREFORE, Representative Plaintiff respectfully requests that the Court grant final approval to the Settlement Agreement and enter the attached, comprehensive proposed Final Order Approving Settlement and Certifying Settlement Class.[1]

Respectfully submitted,

/s/ Benjamin H. Carney

Benjamin H. Carney (Fed. Bar No. 27984)
Richard S. Gordon (Fed. Bar No. 06882)
Gordon, Wolf & Carney, Chtd.
11350 McCormick Rd.
Executive Plaza 1, Suite 1000
Hunt Valley, Maryland 21031
Tel. (410) 825-2300
Fax. (410) 825-0066
rgordon@GWCfirm.com
bcarney@GWCfirm.com

**Attorneys for Representative Plaintiff and the Settlement Class**

[1] The proposed Final Order Approving Settlement and Certifying Settlement Class ("Final Approval Order") is comprehensive and resolves all motions filed today: this Motion, the Motion for Incentive Award, the Motion for *Cy Pres* Award, and the Motion for Award of Attorney's Fees to Class Counsel. The same proposed Final Order will be filed with each of these motions, pursuant to the requirement that a proposed Order be submitted with every motion.