**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Southern Division**

| | |
|---|---|
| STEVE FORD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GENESIS FINANCIAL SOLUTIONS, INC., et al.,<br>Defendants. | Case No. 8:23-cv-02156-DLB<br><br>Hon. Deborah L. Boardman |

## JOINT LINE FILING SETTLEMENT ADMINISTRATOR'S SUPPLEMENTAL DECLARATION AND REVISED PROPOSED FINAL ORDER

The parties in the above-captioned case jointly and respectfully submit the Second Supplemental Declaration of Christian Labow (**Exhibit A**) concerning the completed quality assurance review of claims in the proposed class action settlement being considered by the Court. *See* ECF 49.

This supplemental declaration updates Mr. Labow's prior declaration (ECF No. 49-2) and relates that of the 3,904 Claim Forms submitted in this settlement, the Settlement Administrator excluded 148 duplicates and 142 submissions by persons outside the Settlement Class, leaving 3,614 Valid Claims (including 119 late claims which were accepted by agreement of the Parties), with estimated initial settlement payments of $1,102.74 each.

The parties also attach as **Exhibit B** a revised proposed Final Order Approving Settlement and Certifying Settlement Class, which supersedes the proposed order previously submitted as ECF No. 49-6. The revisions (1) clarify the number of persons identified on the Class List; (2) reflect the Settlement Administrator's completed quality assurance review, which identified 3,614 Valid Claims and an estimated initial Individual Settlement Payment of $1,102.74; and 3) clarify the Parties' disclosed agreements regarding the acceptance of 119 late claims and Genesis' payment of mediation expenses. A redlined version of the proposed Final Order reflecting the

changes from ECF 49-6 is also attached as **Exhibit C**.

Respectfully submitted,

/s/ Jacquelyn E. Fradette (signed, with permission, by Ben Carney)
Jacquelyn E. Fradette (Fed. Bar No. 20884)
jfradette@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel. (202) 736-8822
Fax. (202) 736-8711

*Attorneys for Genesis Financial Solutions, Inc.*

/s/ Benjamin H. Carney
Benjamin H. Carney (Fed. Bar No. 27984)
bcarney@GWCfirm.com
Richard S. Gordon (Fed. Bar No. 06882)
rgordon@GWCfirm.com
GORDON, WOLF & CARNEY, Chtd.
11350 McCormick Rd.
Executive Plaza 1, Suite 1000
Hunt Valley, MD 21031
Tel. (410) 825-2300
Fax. (410) 825-0066

*Attorneys for Plaintiff and the Settlement Class*